UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY MARAJ, ADMINISTRATRIX OF THE ESTATE OF DARRYL LESLIE,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, et al,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*    Civil Action No. 10-cv-12251-JLT<br>*<br>*<br>*<br>* |

ORDER

November 3, 2011

TAURO, J.

After a Hearing on November 3, 2011, and by agreement of the Parties, this court hereby orders that:

1. Defendants Prison Health Services, Inc. and Barbara Jocelyn's <u>Motion for Referral to a Medical Malpractice Tribunal</u> [#27] is ALLOWED.

2. The case is hereby referred to the Medical Malpractice Tribunal of the Massachusetts Superior Court in accordance with M.G.L. c. 231 § 60B (2006).

IT IS SO ORDERED.

                                                       /s/ Joseph L. Tauro
                                                United States District Judge